January 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KEVA TOLER LABETH AND MICHAEL LABETH, Appellants

NO. 14-10-01237-CV                    V.

PASADENA BAYSHORE HOSPITAL, INC. D/B/A BAYSHORE MEDICAL
CENTER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Pasadena Bayshore Hospital, Inc. d/b/a Bayshore Medical Center, signed August 25, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Keva Toler LaBeth and Michael LaBeth, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.